# Appendix 1









**Nutrition Facts**

About 6 servings per container
Serving size 8 FL. OZ. (240mL)

Amount per serving
**Calories 60**

% Daily Value*

| | |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 110mg | 5% |
| **Total Carbohydrate** 15g | 5% |
| Dietary Fiber 0g | 0% |
| Total Sugars 14g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 1g | |
| Vitamin D 0mcg | 0% |
| Calcium 20mg | 0% |
| Iron 0.3mg | 2% |
| Potassium 320mg | 6% |
| Vitamin A 180mcg | 20% |
| Vitamin C 20mg | 20% |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.







**Nutrition Facts**

About 6 servings per container
Serving size   8 FL. OZ. (240mL)

Amount per serving
**Calories** **120**

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 100mg | 4% |
| **Total Carbohydrate** 30g | 11% |
| Dietary Fiber 1g | 4% |
| Total Sugars 28g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 1g | |
| Vitamin D 0mcg | 0% |
| Calcium 20mg | 0% |
| Iron 0.2mg | 0% |
| Potassium 210mg | 4% |
| Vitamin A 190mcg | 20% |
| Vitamin C 20mg | 20% |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

 




**Nutrition Facts**
About 6 servings per container
Serving size 8 FL. OZ. (240mL)

Amount per serving
**Calories 80**

% Daily Value*

| | |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 100mg | 4% |
| **Total Carbohydrate** 18g | 7% |
| Dietary Fiber 0g | 0% |
| Total Sugars 15g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 1g | |
| Vitamin D 0mcg | 0% |
| Calcium 20mg | 0% |
| Iron 0.2mg | 0% |
| Potassium 270mg | 6% |
| Vitamin A 350mcg | 40% |
| Vitamin C 110mg | 120% |
| Zinc 1.1mg | 10% |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.




 

| Nutrition Facts | | |
|---|---|---|
| About 6 servings per container | | |
| Serving size | | 8 FL. OZ. (240mL) |
| Amount per serving | | |
| Calories | | 50 |
| | | % Daily Value* |
| Total Fat 0g | | 0% |
| Saturated Fat 0g | | 0% |
| Trans Fat 0g | | |
| Cholesterol 0mg | | 0% |
| Sodium 75mg | | 3% |
| Total Carbohydrate 12g | | 4% |
| Dietary Fiber 0g | | 0% |
| Total Sugars 10g | | |
| Includes 0g Added Sugars | | 0% |
| Protein 0g | | |
| Vitamin D 0mcg | | 0% |
| Calcium 10mg | | 0% |
| Iron 0.2mg | | 0% |
| Potassium 100mg | | 2% |
| Vitamin A 180mcg | | 20% |
| Vitamin C 20mg | | 20% |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.




 

 

| Nutrition Facts | |
|---|---|
| About 6 servings per container | |
| Serving size  8 FL. OZ. (240mL) | |
| **Amount per serving** | |
| **Calories** | **50** |
| | % Daily Value* |
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 130mg | 6% |
| **Total Carbohydrate** 12g | 4% |
| Dietary Fiber 0g | 0% |
| Total Sugars 10g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 0g | |
| Vitamin D 0mcg | 0% |
| Calcium 10mg | 0% |
| Iron 0.4mg | 2% |
| Potassium 200mg | 4% |
| Vitamin A 180mcg | 20% |
| Vitamin C 20mg | 20% |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.




**Nutrition Facts**

About 6 servings per container
Serving size 8 FL. OZ. (240mL)

Amount per serving
**Calories** 50

| | % DV* |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 105mg | 5% |
| **Total Carbohydrate** 12g | 4% |
| Dietary Fiber 0g | 0% |
| Total Sugars 10g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 1g | |
| Vitamin D 0mcg | 0% |
| Calcium 30mg | 2% |
| Iron 0.5mg | 2% |
| Potassium 330mg | 8% |
| Vitamin A 180mcg | 20% |
| Vitamin C 20mg | 20% |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.




**Nutrition Facts**

About 6 servings per container
Serving size  8 FL. OZ. (240mL)

Amount per serving
**Calories** 110

% Daily Value*

| | |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 80mg | 3% |
| **Total Carbohydrate** 27g | 10% |
| Dietary Fiber 0g | 0% |
| Total Sugars 23g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 0g | |
| Vitamin D 0mcg | 0% |
| Calcium 40mg | 4% |
| Iron 0.6mg | 4% |
| Potassium 340mg | 8% |
| Vitamin A 180mcg | 20% |
| Vitamin C 20mg | 20% |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.







**Nutrition Facts**

About 6 servings per container
Serving size 8 FL. OZ. (240mL)

Amount per serving
**Calories 70**

| | % Daily Value* |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 60mg | 3% |
| **Total Carbohydrate** 18g | 7% |
| Dietary Fiber 0g | 0% |
| Total Sugars 16g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 0g | |
| Vitamin D 0mcg | 0% |
| Calcium 10mg | 0% |
| Iron 0.2mg | 0% |
| Potassium 180mg | 4% |
| Vitamin A 180mcg | 20% |
| Vitamin C 20mg | 20% |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.




**Nutrition Facts**

About 6 servings per container
Serving size  8 FL. OZ. (240mL)

Amount per serving
**Calories** **80**

% Daily Value*

| | |
|---|---|
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 70mg | 3% |
| **Total Carbohydrate** 18g | 7% |
| Dietary Fiber 0g | 0% |
| Total Sugars 16g | |
| Includes 0g Added Sugars | 0% |
| **Protein** 1g | |
| Vitamin D 0mcg | 0% |
| Calcium 20mg | 0% |
| Iron 0.2mg | 0% |
| Potassium 270mg | 6% |
| Vitamin A 180mcg | 20% |
| Vitamin C 20mg | 20% |

* The % Daily Value (DV) tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.