| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
| 2 | DBiderman@perkinscoie.com<br>Natalie K. Sanders, Bar No. 329916 |
| 3 | NSanders@perkinscoie.com<br>PERKINS COIE LLP |
| 4 | 505 Howard Street, Suite 1000<br>San Francisco, California 94105 |
| 5 | Telephone: 415.344.7000<br>Facsimile:  415.344.7050 |
| 6 | Charles C. Sipos, Bar No. 348801 |
| 7 | CSipos@perkinscoie.com<br>PERKINS COIE LLP |
| 8 | 1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099 |
| 9 | Telephone: 206.359.8000<br>Facsimile:  206.359.9000 |
| 10 | Attorneys for Defendant Campbell |
| 11 | Soup Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLE BANTA YOSHIDA, ANTHONY MANCUSO, and ASHLEY MISTLER, on behalf of themselves, those similarly situated, and the general public;<br><br>Plaintiffs,<br><br>v.<br><br>CAMPBELL SOUP COMPANY,<br><br>Defendant. | Case No. 3:21-cv-09458-JD<br><br>**DEFENDANT CAMPBELL SOUP COMPANY'S STATEMENT OF RECENT DECISION [CIV. L.R. 7-3]** |

Pursuant to Local Rule 7-3(d)(2) and in support of Defendant Campbell Soup Company's ("Campbell") Motion to Dismiss Second Amended Complaint (Dkt. No. 61), Campbell respectfully submits the following relevant judicial opinion published after the date of Campbell's reply memorandum was filed with the Court: The United States Court of Appeals for the Ninth Circuit decision dated June 9, 2023, by Hon. Ronald M. Gould, in *McGinity v. Procter & Gamble Co.,* 2023 WL 3911531, -- F.4th -- (9th Cir. June 9, 2023). A copy of the June 9, 2023, decision is attached hereto as **Exhibit A**.

DATED:  June 29, 2023

**PERKINS COIE LLP**

By: */s/ Charles C. Sipos*
David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Natalie K. Sanders, Bar No. 329916
NSanders@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone:      415.344.7000
Facsimile:       415.344.7050

Charles C. Sipos, Bar No. 348801
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone:      206.359.8000
Facsimile:       206.359.9000

Attorneys for Defendant Campbell Soup Company